1004

[No. 56922-8-I. Division One. September 25, 2006.]

*In the Matter of the Personal Restraint of* EARL MOORE, *Petitioner.*

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished opinion per Appelwick, C.J., concurred in by Coleman and Grosse, JJ.

[No. 57100-1-I. Division One. September 25, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES RONALD DuBUQUE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-01346-6, Anita L. Farris, J., entered October 11, 2005. *Reversed* by unpublished per curiam opinion.

[No. 57158-3-I. Division One. September 25, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. HAGOS HAPTE HADGU, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-00185-1, William L. Downing, J., entered October 13, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57267-9-I. Division One. September 25, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD LO-TIEN KUO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-1-08263-8, Douglas D. McBroom, J., entered November 3, 2005. *Affirmed* by unpublished per curiam opinion.